CENTER FOR DISABILITY ACCESS
Ray Ballister, Jr., Esq., SBN 111282
Mark Potter, Esq., SBN 166317
Phyl Grace, Esq., SBN 171771
Dennis Price, SBN 279082
8033 Linda Vista Road, Suite 200
San Diego, CA 92111
(858) 375-7385; (888) 422-5191 fax
PhylG@potterhandy.com

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Brian Whitaker**, | Case No. 2:19-CV-08785-AB-AS |
| Plaintiff, | **Request for Entry of Default (As to M & J USA, Inc.**, **a California Corporation only)** |
| v. | |
| **M & J USA, Inc.**, a California Corporation; and Does 1-10, | |
| Defendants. | |

TO: THE CLERK OF THE ABOVE-ENTITLED COURT

Plaintiff BRIAN WHITAKER ("Plaintiff") hereby requests that the Clerk of the above-entitled Court enter default in this matter against the M & J USA, INC., A CALIFORNIA CORPORATION ("Defendant") on the ground that said Defendant has failed to appear or otherwise respond to the Complaint within the time prescribed by the Federal Rules of Civil Procedure. Plaintiff served the Complaint on the defendant on October 21, 2019 as evidenced

///

///

1

1 | by the Proof of Service of Summons on file with this Court.

3 | Date: December 2, 2019          CENTER FOR DISABILITY ACCESS

By: /s/ Phyl Grace
Phyl Grace
Attorneys for Plaintiff

2

Request for Entry of Default                                    2:19-CV-08785-AB-AS